UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARWA H,

Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY.,

Defendant.

25 CIVIL 08988 (GRJ)

**JUDGMENT**

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Decision and Order dated October 2, 2026, Plaintiff's request for judgment on the pleadings is GRANTED; the Commissioner's request for judgment on the pleadings is DENIED; and this case is REMANDED for further administrative proceedings consistent with this Decision and Order.

**Dated:** New York, New York
October 7, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**